# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2187
LT Case No. 22-CF-000255-A

_____

SHERRIE ANN MAHON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Willard Pope, Senior Judge.

Matthew J. Metz, Public Defender, and
Betty Wyatt, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Deborah A. Chance, Assistant Attorney
General, Daytona Beach, for Appellee.


August 22, 2023


PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____